JOHN W. HUBER, United States Attorney (#7226)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROWLING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
ADAM ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ☐ Fax (801) 325-3310

FILED U.S. DISTRICT COURT 2018 AUG 23 P 3:24 DISTRICT OF UTAH BY: _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ORTELL KINGSTON,<br>ISAIAH ELDEN KINGSTON,<br>LEV ASLAN DERMEN,<br>  a/k/a Levon Termendzhyan,<br><br>Defendant. | Case No. 2:18CR00365-JNP<br><br><br><br>FIRST BILL OF PARTICULARS<br><br><br>Judge Jill N. Parrish |

The United States of America, through counsel, hereby files the following First Bill of Particulars for Forfeiture of Property.

The ~~Corrected~~ Indictment ~~(filed August 14, 2018)~~ gives notice that the United States intends to seek forfeiture of property pursuant to 18 U.S.C. § 982(a)(1).[1] In addition to the property listed in the ~~Corrected~~ Indictment, the United States also intends to seek forfeiture of the following property:

---

[1] The ~~corrected~~ indictment lists the forfeiture authority as "21 U.S.C. § 982(a)(1)." This is a clerical error and should read 18 U.S.C. § 982(a)(1).

Page 1 of 2

1. Lev Aslan Dermen, Jacob Ortell Kingston, Isaiah Elden Kingston, Washakie Renewable Energy, LLC, and SBK Holdings USA, Inc.'s interest in a promissory note, and the note itself, executed on or about February 4, 2015, by Lev Aslan Dermen and Zubair Kazi to document a loan to Mr. Kazi and made payable to SBK Holdings USA, Inc.

Dated this 23rd day of August, 2018.

          JOHN W. HUBER
          United States Attorney

          /s/ Adam S. Elggren
          ADAM S. ELGGREN
          Assistant U.S. Attorney