Jon D. Williams (8318)
9 Exchange Place
Suite 600
Salt Lake City, Utah 84111
(801) 746-1460
(801) 998-8077 FAX
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEV ASLAN DERMEN,<br><br>    Defendant. | DEFENDANT'S MOTION FOR REVIEW OF DETENTION BY THE DISTRICT COURT<br><br>Case No. 2:18-CR-365-JNP |

      Lev Dermen, through his counsel, moves the Court for a detention hearing. Mr. Dermen is appealing the order of detention entered by Magistrate Judge Gail Standish, Central District of California, Western Division-Los Angeles, on or about August 28, 2018. This motion is made pursuant to DUCrimR 57-16(a)(1).

      DATED this 24TH day of September, 2018.

                                                  /s/ Mark J. Geragos
                                                  Mark J. Geragos
                                                  /s/ Jon D. Williams
                                                  Jon D. Williams

DELIVERY CERTIFICATE

I certify that a true and correct copy of the foregoing was caused to be delivered, through electronic filing, to the following:

Arthur J. Ewenczyk, Esq.
Leslie A. Goemaat, Esq.
Richard M. Rolwing, Esq.
John E. Sullivan, Esq.
U.S. Department of Justice

on the 24th day of September, 2018.

/s/ Jon D. Williams
_____