

DIRECT DIAL: (310) 255-6129
EMAIL: armen.mitilian@ffslaw.com
REPLY TO: Los Angeles
FILE NO.: 26534-800

*Via Personal Delivery*

December 15, 2017

Thomas D. Stout, Esq.
Assistant United States Attorney
United Sates Attorney's Office
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Dear Mr. Stout:

My firm and I represent Mr. Levon Termendzhyan with respect to certain pending matters. We are informed the United States Attorney's Office initiated Grand Jury proceedings to commence or resume on December 19, 2017.

Mr. Termendzhyan was recently deposed on December 8, 2017, in a civil matter pending in the Superior Court. Just before the deposition began, I was alarmed after being informed Mr. Termendzhyan was taunted by the opposing party in that matter, Edgar Sargsyan, an attorney licensed to practice in California, and the "guest" Mr. Sargsyan invited to my office, regarding the upcoming proceedings and your office's pending investigation.

By way of background, the civil matter involves allegations made by one of Mr. Termendzhyan's companies against Mr. Sargsyan (and others), its former legal counsel and former President, regarding, *inter alia,* a large sum of money Mr. Sargsyan embezzled out of his law firm's client-trust account. Mr. Termendzhyan is informed and believes that Mr. Sargsyan, with the help of his "guest," Glendale Police Department Officer, John Balian, has attempted to interfere with your office's investigation by intimidating individuals who they apparently independently determined are witnesses, even on occasion offering to pay for their legal fees in connection with their testimony. Mr. Termendzhyan is concerned these individuals have abused their respective positions in an attempt to manipulate your office's investigation.

Please contact us with any questions.

Very truly yours,

Armen G. Mitilian, for
FREEMAN, FREEMAN & SMILEY, LLP

AGM://