NC-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): STATE BAR NO: 207473<br>NAME: ALEXANDER S. GAREEB, ESQ.<br>FIRM NAME: GAREEB LAW GROUP, APC<br>STREET ADDRESS: 5900 CANOGA AVENUE, SUITE 250<br>CITY: WOODLAND HILLS   STATE: CA   ZIP CODE: 91367<br>TELEPHONE NO.: 818-456-0970   FAX NO.: 818-456-0980<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): LEVON TERMENDZHYAN | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JUN 09 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Moses Soto |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LA, CA 90012
BRANCH NAME: CENTRAL

PETITION OF (Name of each petitioner):
LEVON TERMENDZHYAN

| PETITION FOR CHANGE OF NAME | CASE NUMBER:<br>BS 169819 |
|---|---|

* Before you complete this petition, you should read the Instructions for Filing a Petition for Change of Name on the next page. You must answer all questions and check all boxes that apply to you on this petition. You must file this petition in the superior court of the county where the person whose name is to be changed resides.

1. Petitioner (name): Levon Termendzyhan                    resides in this county.

2. Petitioner requests that the court decree the following name changes (list every name that you are seeking to change):

   **Present name**                                    **Proposed name**
   a. LEVON TERMENDZHYAN              changed to LEV ASLAN DERMEN
   b.                                                  changed to
   c.                                                  changed to
   d.                                                  changed to

   ☐ Continued (if you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2.)

3. Petitioner requests that the court issue an order directing all interested persons to appear and show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is (specify): 0

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by
   a. ☐ both parents.
   b. ☐ mother only.
   c. ☐ father only.
   d. ☐ near relative (name and relationship):
   e. ☐ guardian (name):
   f. ☐ other (specify):

6. ☐ This petition seeks to conform petitioner's name to his or her gender identity.

7. For each person whose name is to be changed, petitioner provides the following information (you must attach a completed copy of the attachment Name and Information About the Person Whose Name Is to Be Changed (form NC-110) for each person identified in item 2):
   a. The number of attachments included in this petition is (specify number): 1
   b.–f. (Attachment page or pages)

EXHIBIT 1
WIT: Levon
DATE: 12-8-17
WENDY PRIEST, CSR 12722

(Instructions on next page)                                                         Page 1 of 2

Form Adopted for Mandatory Use                    PETITION FOR CHANGE OF NAME           Code of Civil Procedure, § 1275 et seq.
Judicial Council of California                              (Change of Name)                          www.courts.ca.gov
NC-100 [Rev. July 1, 2014]

**NC-110**

| PETITIONER (Name of petitioner or petitioners): LEVON TERMENDZHYAN | CASE NUMBER: |
|---|---|
| FOR CHANGE OF NAME | |

## NAME AND INFORMATION ABOUT THE PERSON WHOSE NAME IS TO BE CHANGED
Attachment to *Petition* (form NC-100 or form NC-200)           Attachment ____ of ____

*(You must use a separate attachment for each person whose name is to be changed. If petitioner is a guardian of a minor, a supplemental attachment, Declaration of Guardian (form NC-110G), must also be completed and attached for each minor whose name is to be changed.)*

7. *(Continued)* Petitioner applies for a decree to change the name of the following person:
   b. [x] Self   [ ] Other
      (1) Present name *(specify)*: LEVON TERMENDZHYAN
      (2) Proposed name *(specify)*: LEV ASLAN DERMEN
      (3) Born on *(date of birth)*:
          and presently [ ] under 18 years of age  [x] over 18 years of age
      (4) Born at *(place of birth)*:
      (5) Sex *(as stated on original birth certificate)*: [x] Male  [ ] Female
      (6) Current residence address *(street, city, county, and zip code)*:
          2157 Sheringham Lane, Los Angeles, CA 90077
   c. Reason for name change *(explain)*:
      Current name is cumbersome and difficult to pronounce.
   d. Relationship of the petitioner to the person whose name will be changed:
      (1) [x] self           (4) [ ] near relative *(indicate relationship)*:
      (2) [ ] parent         (5) [ ] Other *(specify)*:
      (3) [ ] guardian
   e. If the person whose name will be changed is under 18 years of age, provide the names and addresses, if known, of the following persons:
      (1) Father *(name)*:               *(address)*:
      (2) Mother *(name)*:               *(address)*:
      (3) *(Only if neither parent is living)* Near relatives *(names, relationships, and addresses)*:

   f. If the person whose name will be changed is 18 years of age or older, that person must sign the following declaration:

   **DECLARATION**
   I declare under penalty of perjury under the laws of the State of California that [x] I am not [ ] I am under the jurisdiction of the California Department of Corrections (in state prison or on parole) and [x] I am not [ ] I am required to register as a sex offender under Penal Code section 290.
   Date: March 30, 2017
   LEVON TERMENDZHYAN
   (TYPE OR PRINT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)    (SIGNATURE OF PERSON WHOSE NAME IS TO BE CHANGED)

   *(If petitioner is represented by an attorney, the attorney's signature follows)*:
   Date: March 30, 2017
   ALEXANDER S. GAREEB, ESQ.
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF ATTORNEY)

   *(Each petitioner must sign this petition in the space provided below or, if additional pages are attached, at the end of the last attachment.)* I declare under penalty of perjury under the laws of the State of California that the information in the foregoing petition is true and correct.
   Date: March 30, 2017
   LEVON TERMENDZHYAN
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF PETITIONER)

   Date:
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF PETITIONER)
   [ ] ADD ADDITIONAL SIGNATURE LINES FOR ADDITIONAL PETITIONERS  [ ] SIGNATURE OF PETITIONERS FOLLOWS LAST ATTACHMENT

Form Adopted for Mandatory Use
Judicial Council of California
NC-110 [Rev. July 1, 2014]

**ATTACHMENT TO
PETITION FOR CHANGE OF NAME**

Code of Civil Procedure, § 1275 et seq.

[Print this form]  [Save this form]                             [Clear this form]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ALEXANDER S. GAREEB, ESQ., SBN 207473<br>GAREEB LAW GROUP, APC<br>5900 CANOGA AVENUE, SUITE 250<br>WOODLAND HILLS, CA 91367<br>TELEPHONE NO.: 818-456-0970   FAX NO.: 818-456-0980<br>ATTORNEY FOR (Name): LEVON TERMENDZYHAN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N HILL ST
MAILING ADDRESS:
CITY AND ZIP CODE: LA CA 90012
BRANCH NAME: CENTRAL

CASE NAME:
LEVON TERMENDZHYAN

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☐ Limited<br>(Amount          (Amount<br>demanded      demanded is<br>exceeds $25,000)   $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☑ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.☐ monetary  b.☑ nonmonetary; declaratory or injunctive relief  c.☐ punitive
4. Number of causes of action (specify):
5. This case ☑ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: MARCH 30, 2017

ALEXANDER S. GAREEB, ESQ.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

By Fax

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

| SHORT TITLE: LEVON TERMENDZYHAN | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br>☐ 1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☒ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>2157 SHERINGHAM LANE |
|---|---|
| CITY: LOS ANGELES   STATE: CA   ZIP CODE: 90077 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the __CENTRAL__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: MAR 3 0 2017

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev: 02/16).
5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.