#09687

R.T.
Sub-Governorate of Beşiktaş
Directorate of Land Registry

General Directorate
of Land Registry
and Cadaster

13/09/2018

Number    : 62201747-170.03.01-E.2684100
Subject   : Transactions made upon request

21 Eylül 2018

To Mr. Resul Özmen

Ref: Application of Resul Özmen dated 13/09/2018

We have not found any immovable property belong to LEVON TERMENDZHYAN in Turkey who you stated in your referenced latter in query made over TAKBIS System of our Directorate.

Respectfully submitted for your information.

e-Signature
Mehmet Sadık YUMUK
Director of Land Registry



Note: This document has been signed with electronic signature in accordance with Article 5 of Electronic Signature Law numbered 5070.

Yıldız Cad. No.42 Beşiktaş İstanbul
Telephone. (0212)3951730 Facsimile. (0212)2583251
e-mail: besiktas-tsm@tkgm.gov.tr

For further information:
Özkan KIRAÇ, technician