**T. Garanti Bankası A.Ş.** Genel Müdürlük
Nispetiye Mah. Aytar Cad. No: 2
Beşiktaş Levent 34340 İstanbul
Mersis No: 0879 0017 5660 0379
Tel   : (0212) 318 18 18
Faks : (0212) 318 18 88
www.garanti.com.tr

**Garanti**

TERCÜME

N=09685

21 Eylül 2018

## TO WHOM IT MAY CONCERN

Dear Sir or Madam,

We hereby confirm that LEVON TERMENDZHYAN is our customer since 24.02.2014.

LEVON TERMENDZHYAN has the funds mentioned below as of 21.09.2018.

This letter has been given upon the request of our customer without taking any responsibility on our part.

T. Garanti Bankası A.Ş.
HALASKARGAZİ Branch

Signature
Authorized Name

Signature
Authorized Name

### Details of Funds

| Type of Funds | Branch Code | Account Number | Currency | Balanced Amount (as of today) | Other Currency | Equivalent of other currency (upon the TCMB official conversion or buying rate) |
|---|---|---|---|---|---|---|
| LCY CURRENT ACCOUNT | 701 | | TL | 19.997,00 | | |
| FCY CURRENT ACCOUNT | 701 | | USD | 2.814,93 | | |

\* In case of an early withdrawal from the private pension system, withholding taxes and entrance fees, if any, are deducted from accumulated savings.
\*\* The account is a joint account and the number of account holders is indicated in parentheses.

T.C.
BEYOĞLU 52. NOTERİ
HACER KEKEÇOĞLU
YERİNE 2.İMZA YETKİLİ KATİP
METİN TOZLU

HARÇ DAMGA VER.
D. KAĞIT BEDELİ NAKDEN
TAHSİL EDİLDİ.

İşbu tercümenin........TR...........den
....JNG...........ye Noterimiz Yeminli
Tercümanlarından E.KANDEMİR
Tarafından Yapıldığını Onaylıyorum

1/1