AO 442

# United States District Court

for the
District of Utah

| UNITED STATES OF AMERICA | |
|---|---|
| V. | Case No.: 2:18-cr-00365-JNP-BCW |
| Kingston et al | |

FILED
U.S. DISTRICT COURT
2019 JAN 31 D 1:11
DISTRICT OF UTAH
_____
DEPUTY CLERK

## ARREST WARRANT

**ORIGINAL**

To:   The United States Marshal
      and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **LEV ASLAN DERMAN aka Levon Termendzhyan**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information
☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Conspiracy to commit mail fraud ; Conspiracy to Commit Money Laundering Offenses ; Conspiracy to Commit Money Laundering Offenses ; Money Laundering ;**

in violation of   18:1349; 18:1956(h); 18:1956(a)(1)(B)(i) (26-30ss) ; 18:1956(a)(1)(B)(i); 18:1957   United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ (signature) | January 17, 2019 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Jennifer Stout | |
|     Deputy Clerk | |

Bail fixed _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  1/18/19 | NAME AND TITLE OF ARRESTING OFFICER  B. KERJN  CDUSM | SIGNATURE OF ARRESTING OFFICER  /s/ |
| DATE OF ARREST  1/31/19 | | |