Mark J. Geragos
California State Bar #108325
GERAGOS & GERAGOS
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 625-1600

Jon D. Williams (8318)
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 746-1460
Facsimile: (801) 998-8077

*Attorneys for Lev Dermen*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>LEV ASLAN DERMEN, | **DEFENDANT LEV DERMEN'S MOTION FOR REVIEW DETENTION**<br><br>Case No.: 2:18-cr-00365-JNP-BCW |

Defendant Lev Aslan Dermen requests that this Court reconsider his pretrial detention and set conditions for bond. Mr. Dermen relies on and respectfully requests that this Court incorporate by reference previously filed pleadings including [*Doc 200*] Mr. Dermen's Response to Order to Brief Detention Issue filed on February 24, 2019 and [*Doc 160*] Motion for Review

1

of Detention filed on January 28, 2019.  While *Doc 160* was previously struck by the Court on January 30, 2019 [*Doc 166*], defendant believes that the issues described by the Court, particularly identifying the statutory and constitutional grounds for review of detention, were specifically addressed in Mr. Dermen's February 24, 2019 Response brief [*Doc 200*].

Mr. Dermen has remained in custody since his August 23, 2018 arrest.  His pretrial detention has become unnecesarily prolonged, illegal, and punitive and violative of 18 U.S.C. §§ 3164 and 3161, and the defendant's Constitutional Due Process rights.  Mr. Dermen respectfully requests that this Court reconsider imposing conditions of release that will reasonably assure his appearance before this Court.

DATED this 25th day of February, 2019

/s/
_____
Mark J. Geragos
Attorney for Defendant
LEV ASLAN DERMEN

## CERTIFICATE OF SERVICE

I hereby certify that I filed a true and correct copy of the foregoing, on thne case styled *United States of America v. Lev Aslan Dermen*, this 25[h] day of February, 2019, with the Clerk of the Court using CM/ECF, which sent notification of the filing to all parties registered to receive such notice in the case.

*/s/    Mark J. Geragos*