IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON, <br><br> Defendants. | **RULING ON OBJECTIONS TO TRIAL ORDER** <br><br> Case No. 2:18-cr-00365-JNP-BCW <br><br> District Judge Jill N. Parrish |

Defendant Lev Dermen filed a number of objections to the trial order issued by the court. [Docket 269]. The court addresses Dermen's objections and clarifies its trial order as follows.

First, Dermen joins defendant Jacob Kingston's objection to the portion of the trial order limiting the defendants' trial time. The court defers ruling on these objections until the other parties have had an opportunity to address this issue.

Second, Dermen objects to the May 3, 2019 deadline for motions for Rule 15 depositions. He argues that the deadline will be impossible to meet because the Government will not produce its Jenks Act materials until June 3, 2019. The court disagrees. Dermen is required to identify any witnesses who he believes will provide exculpatory testimony and who will require Rule 15 depositions by the May 3, 2019 deadline. If the Government's Jenks Act materials indicate that any foreign individuals will provide exculpatory testimony, and Dermen had previously been unaware of this exculpatory testimony, he may request permission to file an untimely motion for a Rule 15 deposition.

Third, Dermen requests clarification regarding the deadline for nondispositive pretrial motions. The court clarifies that any nondispositive motions not otherwise accounted for in the trial order must be filed by the motion in limine deadline: June 17, 2019.

Signed April 24, 2019.

                                          BY THE COURT

                                          _____
                                          Jill N. Parrish
                                          United States District Court Judge