JOHN W. HUBER, United States Attorney (#7226)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       arthur.j.ewenczyk@usdoj.gov
       john.e.sullivan@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| | | MOTION TO UNSEAL PLEADINGS |
| v. | : | RELATED TO THE RULE 15 |
| | | DEPOSITION OF BRENDAN |
| LEV ASLAN DERMEN, | : | MORRISSEY |
| a/k/a Levon Termendzhyan, | | |
| | : | |
| Defendants. | : | District Judge Jill N. Parrish |
| | : | Magistrate Judge Brooke C. Wells |

The United States of America moves this Court for an order unsealing the following

pleadings related to the Rule 15 deposition of Brendan Morrissey: ECF 280 (government's Rule

15 motion); ECF 305 (government's reply); ECF 313 (government's sur-surreply), ECF 318

(Court's order granting the government's motion).

Respectfully submitted this 28th of August 2019,

/s/ John E. Sullivan
JOHN E. SULLIVAN
Senior Litigation Counsel

1

<u>Certificate of Service</u>

I certify that on the 28th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

*/s/ John E. Sullivan*
JOHN E. SULLIVAN
Senior Litigation Counsel