JOHN W. HUBER, United States Attorney (#7226)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       arthur.j.ewenczyk@usdoj.gov
       john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| v. | : | MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S |
| LEV ASLAN DERMEN, | : | MOTIONS TO SEAL DEFENDANT'S |
| a/k/a Levon Termendzhyan, | | MOTION TO COMPEL DISCOVERY |
| | : | AND DEFENDANT'S MOTION TO |
| Defendants. | | CONTINUE [548] |
| | : | |
| | | District Judge Jill N. Parrish |
| | | Magistrate Judge Brooke C. Wells |

The United States of America moves this Court for an order sealing the Defendant's Response to Government's Motions to Seal Defendant's Motion to Compel Discovery and Defendant's Motion to Continue, ECF 548. This Response, once again, describes sealed content from the United States' Third *James* Proffer, filed under seal. ECF 548 should be sealed for the reasons stated in the August 19, 2019 Motion to Seal the Government's James Proffer and Exhibits, ECF 496, as granted by the Court, ECF 500.

1

Respectfully submitted this 30th of August 2019,

/s/ Leslie A. Goemaat
ARTHUR J. EWENCZYK
LESLIE A. GOEMAAT
RICHARD M. ROLWING
Special Assistant United States Attorneys
JOHN E. SULLIVAN
Senior Litigation Counsel

Certificate of Service

      I certify that on the 30th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

                                              */s/ Leslie A. Goemaat*
                                              LESLIE A. GOEMAAT
                                              Special Assistant United States Attorney