JOHN W. HUBER, United States Attorney (#7226)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       arthur.j.ewenczyk@usdoj.gov
       john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| v. | : | MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | TO CONTINUE AND MOTION TO COMPEL [ECF 550] |
| Defendants. | : | |
| | : | District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |

    The United States of America moves this Court for an order sealing the Government's Response to Defendant's Motion to Continue and Motion to Compel, ECF 550. This Response includes sensitive witness information and information relating to the criminal conduct of uncharged persons, which has not yet been ruled upon by the Court. Because this information is interwoven throughout the Response, redaction is impracticable, and accordingly the government requests that this Court seal it in its entirety.

    Respectfully submitted this 30th of August 2019,

1

*/s/ Leslie A. Goemaat*
ARTHUR J. EWENCZYK
LESLIE A. GOEMAAT
RICHARD M. ROLWING
Special Assistant United States Attorneys
JOHN E. SULLIVAN
Senior Litigation Counsel

Certificate of Service

I certify that on the 30th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

*/s/ Leslie A. Goemaat*
LESLIE A. GOEMAAT
Special Assistant United States Attorney