JOHN W. HUBER, United States Attorney (#7226)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: arthur.j.ewenczyk@usdoj.gov
       leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       john.e.sullivan@usdoj.gov

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | GOVERNMENT'S MOTION TO SEAL ECF 553 |
| v. | : | |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |
| | : | |
| Defendant. | : | |

The United States of America moves this Court for an order sealing the government's August 30, 2019 reply to Defendant Dermen's response to the government's motions to seal, ECF 553. DUCrimR 49-2(b). The government's filing cites extensively to other sealed filings and should be sealed for the reasons stated in the government's August 19, 2019 motion to seal, ECF 496. The sensitive information is interwoven into the government's filing such that redaction is impracticable. Accordingly, the government respectfully move the Court to docket

1

the government's August 30, 2019 reply to Defendant Dermen's response to the government's motions to seal, ECF 553, under seal.

Respectfully submitted this 30th day of August, 2019.

JOHN W. HUBER
United States Attorney

*/s/ Arthur J. Ewenczyk*
ARTHUR J. EWENCZYK
LESLIE A. GOEMAAT
RICHARD M. ROLWING
Special Assistant United States Attorneys
JOHN E. SULLIVAN
Senior Litigation Counsel

<u>Certificate of Service</u>

      I certify that on this 30th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

      */s/ Arthur J. Ewenczyk*
      ARTHUR J. EWENCZYK
      Special Assistant United States Attorney