Home     Moments

Search Twitter

Have an account? Log in



**Tweets** 699    Following 415    Followers 320    Likes 19

Follow

### MobStar
@officialmobstar

Global talent platform. Record 15 second clips of your talent, build a fanbase & get noticed by our top industry mentors on our FREE app: 9nl.it/mobstarapp

 Los Angeles, CA | Ireland

🔗 mobstar.com

📅 Joined October 2014



**Want to take advantage of all the new Twitter features?**

It's simple – just log in.

Log in

Sign up

**You may also like** · Refresh



Ben Baligad AFSB
@biz_articles_

Cafe Mambo Ibiza ✓
@Mamboibiza

Mike Babchik
@Babchik

अशोक कन्फ्युज
@ashok_timsena

**Tweets**    Tweets & replies    Media



MobStar @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/2GfmIqLXwPU?a MissWorld Chile 2018 Anahi

> **MissWorld Chile 2018 Anahi**
> youtube.com

💬 1    🔁 1    ❤ 3

MobStar @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/gHEeZQ6yBuc?a MissWorld India 2018 Anukreethy

> **MissWorld India 2018 Anukreethy**
> youtube.com

💬 1    🔁 1    ❤ 4

MobStar @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/YrGjfsI_KXw?a MissWorld Portugal Carla

💬 1    🔁 1    ❤ 3

MobStar @officialmobstar · 21 Nov 2018
I added a video to a @YouTube playlist youtu.be/sVzC4V78-Ew?a MissWorld