JOHN W. HUBER, United States Attorney (#7226)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: arthur.j.ewenczyk@usdoj.gov
      leslie.a.goemaat@usdoj.gov
      richard.m.rolwing@usdoj.gov
      john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| v. | : | GOVERNMENT'S NOTICE REGARDING MLAT REQUEST TO LUXEMBOURG |
| LEV ASLAN DERMEN,<br>  a/k/a Levon Termendzhyan, | : | |
| Defendant. | : | District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |
| | : | |

The United States files the present notice to bring to the Court's attention a recent development regarding the government's Mutual Legal Assistance Treaty ("MLAT") request to Luxembourg.

On December 27, 2018, working with the Department of Justice's Office of International Affairs ("OIA"), the prosecution team submitted an MLAT request to Luxembourg. Today, October 2, 2019, the prosecution team was advised by OIA that the authorities in Luxembourg have collected four boxes of materials (containing documents, folders, and CDs) in response to

1

this MLAT request. We understand that these materials likely pertain to Isanne SARL. We further understand that they are likely not in English.

At this time, the materials are still in the possession of the Luxembourg authorities and have not been received or reviewed by United States authorities. They are being sent to the prosecution team via FedEx from Luxembourg and are anticipated to arrive within the week. However, the prosecution team does not yet have a specific arrival date. As soon as the materials arrive, the prosecution team will make them available for inspection by the defense and will immediately take action to produce the materials in discovery.

The defense has been notified of this development. Further, in an effort to provide the defense with as much information as possible regarding the potential content of these materials, the prosecution team has provided the defense with the sections of the MLAT request that describe the materials sought from Luxembourg.

The prosecution team also notes that on January 18, 2019, it submitted an MLAT request to Turkey. However, our understanding is that Turkish authorities have taken no action on this request. Accordingly, the prosecution team does not expect to receive any materials in response to this request.

Respectfully submitted this 2nd day of October, 2019.

JOHN W. HUBER
United States Attorney

*/s/ Arthur J. Ewenczyk*
ARTHUR J. EWENCZYK
LESLIE A. GOEMAAT
RICHARD M. ROLWING
Special Assistant United States Attorneys
JOHN E. SULLIVAN
Senior Litigation Counsel

Certificate of Service

I certify that on the 2nd day of October, 2019, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby providing notice to all parties of record in this case.

*/s/ Arthur J. Ewenczyk*
ARTHUR J. EWENCZYK
Special Assistant United States Attorney