FILED
2019 OCT 15 PM 12:59
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
STEVEN WARD, Trial Attorney, National Security Division (DC #395410)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: arthur.j.ewenczyk@usdoj.gov
       leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       john.e.sullivan@usdoj.gov
       steven.ward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| | | FILED *IN CAMERA, EX PARTE* AND |
| v. | : | UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | |
| | : | District Judge Jill N. Parrish |
| Defendant. | | Magistrate Judge Brooke C. Wells |

## ~~PROPOSED~~ UNCLASSIFIED ORDER

The Court, having considered the Government's *in camera, ex parte* and under seal

Motion for a Protective Order Pursuant to Section 4 of CIPA and Fed. R. Crim. P. 16(d),

hereby ORDERS that:

(i) The motion is GRANTED;

(ii) The government shall provide the unclassified summary to the defendant forthwith; and

(iii)     The entire text of the government's motion, all the accompanying exhibits, and the classified order of this Court shall not be disclosed to the defense or the public and shall be sealed and preserved in the records of the Court to be made available to the United States Court of Appeals for the Tenth Circuit in the event of an appeal.

_____    10/15/2019
THE HONORABLE JILL N. PARRISH
UNITED STATES DISTRICT COURT JUDGE