JOHN W. HUBER, United States Attorney (#7226)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: arthur.j.ewenczyk@usdoj.gov
          leslie.a.goemaat@usdoj.gov
          richard.m.rolwing@usdoj.gov
          john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
|---|---|---|
| Plaintiff, | : | |
| v. | : | GOVERNMENT'S UPDATE REGARDING OUTSTANDING MLAT REQUEST |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | |
| | : | |
| Defendant. | : | District Judge Jill N. Parrish |
| | : | Magistrate Judge Brooke C. Wells |

On October 10, 2019, the Court directed the United States to provide an update regarding the status of its outstanding Mutual Legal Assistance Treaty ("MLAT") request to the Republic of Turkey, dated January 18, 2019. ECF 669. Accordingly, the United States files the present update.

As requested by the Court, the prosecution team reached out to the Department of Justice's Office of International Affairs ("OIA"), which handles MLAT requests. As the prosecution team has previously represented, it has no indication that Turkish authorities have

1

taken any action on the pending MLAT request. Further, the prosecution team does not have any indication that the trial schedule will be affected by any document production in response to its MLAT request.

Respectfully submitted this 15th day of October, 2019.

        JOHN W. HUBER
        United States Attorney

        */s/ Arthur J. Ewenczyk*
        ARTHUR J. EWENCZYK
        LESLIE A. GOEMAAT
        RICHARD M. ROLWING
        Special Assistant United States Attorneys
        JOHN E. SULLIVAN
        Senior Litigation Counsel

<u>Certificate of Service</u>

I certify that on the 15th day of October, 2019, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby providing notice to all parties of record in this case.

<u>/s/ Arthur J. Ewenczyk</u>
ARTHUR J. EWENCZYK
Special Assistant United States Attorney