# REFUND CLAIMS ANALYSIS
## 2010–2015



**TOTAL FRAUD**

- 2010: $8,163,426
- 2011: $41,449,866
- KINGSTON AND TERMENDZHYAN MEET — DEC 2011
- 2012: $65,634,760
- 2013: $352,017,026
- 2014: $522,319,390
- 2015: $1,166,792,650