# MAKING BIODIESEL FUEL
## HOW IT WORKS


