

GOVERNMENT
EXHIBIT
6-44.3
2:18-CR-00365 JNP

KING-ESI-01280518-025