

CYCLE TRANSACTION ANALYSIS
Appendix D (C)
2015 APRIL

WRE–CATAN–SKINNY CROW     04/03/15–04/23/15

Page 9