**Funds Transferred To/From**
**Washakie and SBK Holdings USA, Inc.**

| Date | Sender | Recipient | Amount | Page Num. |
|---|---|---|---|---|
| 01/17/14 | Washakie (USA) | SBK Holdings USA, Inc. | $10,000,000 | 2-5 |
| 08/21/14 | SBK Holdings USA, Inc. | Washakie (USA) | ($5,000,000) | 6-7 |
| 03/20/15 | Washakie (USA) | SBK Holdings USA, Inc. | 8,550,000 | 8-9 |
| 06/03/15 | Washakie (USA) | SBK Holdings USA, Inc. | 10,000,000 | 10-13 |
| 06/22/15 | Washakie (USA) | SBK Holdings USA, Inc. | 5,000,000 | 12-13 |
| 07/06/15 | Washakie (USA) | SBK Holdings USA, Inc. | 2,000,000 | 14-16 |
| 12/10/15 | SBK Holdings USA, Inc. | Washakie (USA) | (2,100,000) | 17-18 |
| 12/28/15 | SBK Holdings USA, Inc. | Washakie (USA) | (6,900,000) | 19-20 |

Net Funds Transferred to SBK Holdings USA, Inc.    $21,550,000