## Summary of Financial Transactions
## 2012 thru 2015

| Date | Sender (Country) | Recipient (Country) | Funds Sent Through Turkey and Luxembourg | Amount | Page Num. |
|---|---|---|---|---|---|
| 07/26/12 | United Fuel Supply | Noil Energy | | $259,200 | 3 |
| 07/27/12 | United Fuel Supply | Levon Termendzhyan | | 570,000 | 3 |
| 07/27/12 | United Fuel Supply | George Termendzhyan | | 30,000 | 4 |
| 08/29/12 | United Fuel Supply | Noil Energy | | 54,895 | 5 |
| 04/10/13 | Washakie | Noil Energy | | 1,324,670 | 6 |
| 06/21/13 | Washakie | McDonald Hopkins Trust Account | | 11,226,211 | 7-8 |
| 07/29/13 | United Fuel Supply | I-4 Ventures LLC | | 100,000 | 9-11 |
| 08/05/13 | United Fuel Supply | I-4 Ventures LLC | | 1,720,000 | 12-13 |
| 09/09/13 | Washakie | Viscon International | | 1,000,000 | 14-15 |
| 09/09/13 | Washakie | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | $4,000,000 | | 14-15 |
| 09/09/13 | Washakie | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | 5,000,000 | | 14-15 |
| 09/12/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments | | 4,999,964 | 16 |
| 09/17/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments | | 1,999,964 | 16 |
| 09/19/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments | | 1,999,964 | 16 |
| 12/31/13 | Washakie | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | 13,000,000 | | 17-19 |
| 01/21/14 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments | | 9,000,000 | 20 |
| 01/17/14 | Washakie | SBK Holdings USA | | 10,000,000 | 21 |

| Date | From | To | Amount | | Ref |
|---|---|---|---|---|---|
| 03/05/14 | Washakie | Levon Termendzhyan (Turkey) | | 483,000 | 22-24 |
| 08/21/14 | SBK Holdings USA | Washakie | | (5,000,000) | 25 |
| 03/20/15 | Washakie | SBK Holdings USA | | 8,550,000 | 26 |
| 04/02/15 | Washakie | Viscon International | | 700,000 | 27-28 |
| 05/19/15 | Washakie (USA) | Isanne S A R L (Luxembourg) | 35,000,000 | | 29-30 |
| 05/27/15 | Washakie (USA) | Isanne S A R L (Luxembourg) | 21,300,000 | | 31-32 |
| 06/03/15 | Washakie | SBK Holdings USA | | 10,000,000 | 33 |
| 06/22/15 | Washakie | SBK Holdings USA | | 5,000,000 | 33 |
| 07/03/15 | Isanne S A R L (Luxembourg) | SBK Holdings USA | | 15,000,000 | 34 |
| 07/06/15 | Washakie | SBK Holdings USA | | 2,000,000 | 34 |
| 12/10/15 | SBK Holdings USA | Washakie | | (2,100,000) | 35 |
| 12/28/15 | SBK Holdings USA | Washakie | | (6,900,000) | 36 |

Total   $72,017,868