## Summary of International Wire Transfers
## 2013 thru 2015

| Date | Sender (Country) | Recipient (Destination) | Amount Sent to Turkey and Luxembourg | Amount Sent to the United States | Page Num. |
|---|---|---|---|---|---|
| 09/09/13 | Washakie (USA) | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | $4,000,000 | | 3-6 |
| 09/09/13 | Washakie (USA) | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | 5,000,000 | | 7-10 |
| 09/12/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments (USA) | | $4,999,964 | 15 |
| 09/17/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments (USA) | | 1,999,964 | 15 |
| 09/19/13 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments (USA) | | 1,999,964 | 15 |
| 11/13/13 | Washakie (USA) | SBK Holding Turkiye (Turkey) | 10,000,000 | | 16-21 |
| 12/31/13 | Washakie (USA) | Komak Isi Yalitim Sistamleri Sanayi (Turkey) | 13,000,000 | | 22-24 |
| 01/14/14 | Washakie (USA) | Doga Dogan (Turkey) | 100,000 | | 25-28 |
| 01/21/14 | Komak Isi Yalitim Siste (Turkey) | Speedy Lion Renewable Fuel Investments (USA) | | 9,000,000 | 29 |
| 01/24/14 | Washakie (USA) | Doga Dogan (Turkey) | 50,000 | | 30-33 |
| 03/05/14 | Washakie (USA) | Levon Termendzhyan (Turkey) | 483,000 | | 34-36 |
| 03/24/14 | Washakie (USA) | Teknoloji Sistemleri San Ve Tie (Turkey) | 4,055,700 | | 37-40 |
| 03/24/14 | Washakie (USA) | Teknoloji Sistemleri San Ve Tie (Turkey) | 5,000,000 | | 41-44 |
| 05/09/14 | Washakie (USA) | Teknoloji Sistemleri San Ve Tie (Turkey) | 2,000,000 | | 45-48 |
| 07/22/14 | Washakie (USA) | Doga Dogan Bahcelievler Subesi (Turkey) | 200,000 | | 49-52 |



GOVERNMENT EXHIBIT
**2-3**
2:18-CR-00365 JNP

**Summary of International Wire Transfers**
**2013 thru 2015**

| Date | Sender (Country) | Recipient (Destination) | Amount Sent to Turkey and Luxembourg | Amount Sent to the United States | Page Num. |
|---|---|---|---|---|---|
| 09/05/14 | Washakie (USA) | Doga Dogan Bahcelievler Subesi (Turkey) | 100,000 | | 53-56 |
| 04/28/15 | Washakie (USA) | Turkiye Garanti Bankasi A.S. (Turkey) | 15,000,000 | | 57 |
| 05/19/15 | Washakie (USA) | Isanne S A R L (Luxembourg) | 35,000,000 | | 58-59 |
| 05/27/15 | Washakie (USA) | Isanne S A R L (Luxembourg) | 21,300,000 | | 60-61 |
| 06/11/15 | Washakie (USA) | Bahcelievler Subesi (Turkey) | 200,000 | | 62-64 |
| 07/03/15 | Isanne S.A.R.L. (Luxembourg) | SBK Holdings USA, Inc. (USA) | | 15,000,000 | 65 |
| | | Totals | $115,488,700 | $32,999,892 | |