# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

Account Number: ▓▓▓▓ 0399                               Bank Number: 318

Account Type:   ☒ DDA   ☐ SAV   ☐ CD

Account Title:

SPEEDY LION RENEWABLE FUEL INVESTMENTS, LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) M

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____   (or)   Employer Identification Number ▓▓▓▓ 9504

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9. Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

☐ Exempt Payee (check if applicable)     | The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| # | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | GRIGOR TERMENDJIAN | MEMBER | /s/ | 9-10-13 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M 02-2013

Page 1 of 2

**GOVERNMENT EXHIBIT 2-9**
2:18-CR-00365 JNP

WASH-0502123-001