





# TURKEY TRANSFERS ANALYSIS

## LEVON & RELATED ENTITIES
- SBK Holdings USA
- GT Energy
- Noil
- Speedy Lion
- Viscon Intl
- Levon Termendzhyan
- George Termendzhyan

## KORKMAZ & TURKEY ENTITIES
- Komak
- Blane
- Stone
- Setap
- SBK Holding Turkey
- Isanne SARL
- Jacob Kingston Garanti Bank
- Levon Termendzhyan Garanti Bank
- Doga Dogan

## WRE — WASHAKIE RENEWABLE ENERGY

**Net to Levon: $23,039,608** ($105,999,643 / $82,960,035)

**Net to Levon: $38,220,881** ($52,220,881 / $14,000,000)

**Net to Turkey: $140,488,700** ($140,488,700 / $0)