iMessage
2014-09-05 02:13:28 (MDT) [1]
Sender: Levon ( (213) 280-5466 )
Participants: Levon ( (213) 280-5466 ), Self

Branch Code 17
Bahçelievler Branch
Account number 9086638
Iban TR64 00⬛66 38
SWIFT code : TGBATRISXXX
DOĞA DOĞAN......... Can you send me 100 more

Recents
2014-09-05 02:13:28 (MDT) [2]
Sender: Levon ( (213) 280-5466 )
Participants: Levon ( (213) 280-5466 )
URL: sms:/open?message-guid=F6DEC593-D4C6-4F2C-B4EA-5466D8E87105

GOVERNMENT EXHIBIT
6-62.15
2:18-CR-00365 JNP

Discovery Production 4