# Flow of Funds
## Wire Transfer to McDonald Hopkins Trust Account
## and Kazi Management and Kazi Foods Transfers



