# Flow of Funds Purchase of 2072 East Creek Road, Sandy, Utah



**Internal Revenue Service**

Four checks totaling $43.8 million deposited on 4/8/13, 5/24/13, 6/10/13, 6/17/13
*pp. 2-5*

**Washakie Renewable Energy, LLC Bank of Utah Account #4874**

$15 million 5/28/13
*pp. 12-13*

**Washakie Renewable Energy Merill Lynch Account #2117**

$10 million 4/15/13
*pp. 6-9*

$10 million 6/13/13
*pp. 18-20*

$15 million 6/7/13
*p. 17*

**Edwin Tanglao & Jacob Kingston Merrill Lynch Account #4805**

$10 million 4/15/13
*pp. 10-11*

**United Fuel Supply Bank of Utah Account #3850**

**Jacob Kingston Merrill Lynch Account #4821**

$3 million 7/3/13
*pp. 21-22*

**Jacob Kingston Merrill Lynch Loan Account #1352**

$9.6 million 7/23/13
$280,509 7/25/13
*pp. 23-26*

$6 million 7/30/13
*pp. 27-29*

$3 million 6/5/13
*pp. 14-16*

**Washakie Renewable Energy, LLC Bank of Utah Account #4874**

$50,000 8/1/2013
*pp. 30-32*

**Meridian Title Company**

Per settlement statement dated 8/6/13:
Deposit/earnest money:
$50,000
Amount due at settlement:
$3,172,034
*p. 37*

$675,034 8/2/13
*p. 33*

$663,000 8/6/13
*p. 36*

$3.16 million 8/5/13
*pp. 34-35*

**Noil Energy Group Bank of America Account #8583**

# Page 1