

GOVERNMENT
EXHIBIT
6-183
2:16-CR-00631-JNP

Discovery Production 4