# Flow of Funds
# Wire Transfer to Levon Termendzhyan Account in Turkey



**Internal Revenue Service**

**$21,789,321**
1/13/14
*p. 2*

**Washakie Renewable Energy, LLC**
Bank of Utah
Account #4874

**$483,000**
3/5/14
*GX 9-1 & GX 9-2*

**Levon Termendzhyan**
Turkiye Garanti Bankasi
"THIS PAYMENT IS FOR THE VAT OF THE WATERSIDE HOUSE (MANSION)"

GOVERNMENT EXHIBIT
**9-3**
2:18-CR-00365 JNP

**Page 1**