2605 Washington Blvd.
Ogden, UT 84401



## Outgoing Wire Transfer Request

DATE: 3/5/14  AMOUNT: $483,000.00   REFERENCE NUMBER: 20140640018400
TRANSACTION DATE: 03/05/2014

**WIRE FROM / ORIGINATING PARTY**
ACCT #:      4874
ACCT NAME:   WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT  84330-0192

20.7 M

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME:  JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID:  TGBATRIS
BANK NAME:  TURKIYE GARANTI BANKASI A.S.
HALASKARGAZI SUBESI TURKEY

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT:                    5043
ACCT NAME:   LEVON TERMENDZHYAN

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary):   THIS PAYMENT IS FOR THE VAT OF THE
WATERSIDE HOUSE (MANSION)
(BBI – Bank to Bank Info):
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

_____      _____
Authorized Signature                 Date

_____      _____
Authorized Name (please print)       Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification:  _____Isaiah_____

[signature]                          [signature]
Bank Personnel Signature             Date                Phone
[signature]                          CA
Authorized by                        Verified by

**** C O N F I D E N T I A L ****

Page 34                                    WASH-0297871-225