> Garanti Bank. Halaskargazi Branch. Usd 701/9085043. Iban TR65 00█████████████50 43. Levon termendzhyan.$483.000.usd

iMessage
2014-03-04 12:44:00 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> Please write a specific note in the bank receipt while transferring the money as &quot;this payment is for the VAT of the waterside house (mansion)&quot;.

iMessage
2014-03-04 13:28:48 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> Call me

iMessage
[1] 2014-03-04 15:17:49 (MST)
Sender: Self ( self )
Participants: Levon ( (213) 216-2160 ), Self ( self )

> Need swift code for turkey bank

iMessage
2014-03-04 15:19:44 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> He is sleeping right now .we will have it tomorrow

iMessage
2014-03-04 17:42:40 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> Call me

iMessage
[1] 2014-03-04 18:29:16 (MST)
Sender: Self ( self )
Participants: Levon ( (213) 216-2160 ), Self ( self )

> +1 (385) 228-7855

iMessage
2014-03-05 02:59:28 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> tgbatris

iMessage
2014-03-05 04:26:56 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

> That is the code for transferring ............tgbatris

> iMessage
> [1] 2014-03-05 04:27:20 (MST)
> Sender: Self ( self )
> Participants: Levon ( (213) 216-2160 ), Self ( self )

> **Ok. The swift code?**

iMessage
2014-03-05 04:29:04 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

Sweet dreams hey hey

> iMessage
> [1] 2014-03-05 04:30:51 (MST)
> Sender: Self ( self )
> Participants: Levon ( (213) 216-2160 ), Self ( self )

> **Hey hey.Hello Obama.**

iMessage
2014-03-05 04:31:12 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

00000000000.$1 good night

iMessage
2014-03-05 14:34:56 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

Did you transfer the money?

> iMessage
> [1][8] 2014-03-05 15:39:27 (MST)
> Sender: Self ( self )
> Participants: Levon ( (213) 216-2160 ), Self ( self )

> **Missing Preview**

iMessage
2014-03-05 15:47:28 (MST) [1]
Sender: Levon ( (213) 216-2160 )
Participants: Levon ( (213) 216-2160 ), Self

Tx bro

> iMessage
> [1] 2014-03-05 23:20:16 (MST)
> Sender: Self ( self )
> Participants: Levon ( (213) 216-2160 ), Self ( self )

Bank of Utah
2605 Washington Blvd.
Ogden, UT 84401

Outgoing Wire - Advice of Debit
_____

Date   03/05/2014

Account #      : ****4874
Amount         : $483,000.00
BOU Reference  : 20140640018400
Beneficiary Bank: JPMCHASE

Beneficiary    :
****000620007010009085043
LEVON TERMENDZHYAN


Beneficiary Info (OBI):
THIS PAYMENT IS FOR THE VAT OF THE
WATERSIDE HOUSE (MANSION)

Bank to Bank Info (BBI):


Reference for Beneficiary (RFB):


Fed Reference Number (IMAD):
20140305L1LFB97C000051

For questions regarding wires, please call 1.801.409.5165.


This message is for the sole use of the intended recipient,
and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by phone or fax and destroy all copies of the original message.

**Discovery Production 4**

file:///L|/...VON%20TRIAL%20EXHIBITS/a%20w%20%20KINGSTON,%20JACOB/06.062.7.1%20%2014.03.05%20(VAT)%20advice.txt[8/24/2019 2:16:00 PM]