

iMessage
[1] 2014-03-04 15:04:08 (MST)
Sender: Self ( self )
Participants: Isaiah Kingston ( (801) 656-9044 ), Self ( self )

Garanti bankasi.  Halaskargazi subesi. Usd 701/9085043. Iban TR65 00█████████████50 43. Levon termendzhyan.$483.000.usd

iMessage
[1]  2014-03-04 15:04:23 (MST)
Sender: Self ( self )
Participants: Isaiah Kingston ( (801) 656-9044 ), Self ( self )

Please write a specific note in the bank receipt while transferring the money as &quot;this payment is for the VAT of the waterside house (mansion)&quot;.

