# Flow of Funds
# Purchase of Huntington Beach Residence



Page 1