

Ex 06.090