**VISCON INTERNATIONAL INC**

**5801 RANDOLPH STREET**
**COMMERCE, CA 90040**

# Invoice

| Date | Invoice # |
|---|---|
| 10/11/2015 | 26-2015 |

**Bill To**

UNITED FUEL SUPPLY
7950 W 2400 N
Plymouth, UT 84330

| DATE | BOL# | Rate | Qty | Item | Amount |
|---|---|---|---|---|---|
| 10/11/2015 | 20142/VI101115-1 | 625.00 | 7,240.54 | Viscon Fuel Additive | 4,525,337.50 |

It's been a pleasure working with you!

| | |
|---|---|
| Total | $4,525,337.50 |
| Balance Due | $4,525,337.50 |

KING-C7-00358593-013