IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP |
| Plaintiff, | : | |
| v. | : | STIPULATION REGARDING THE DEFENDANT'S NAME CHANGE |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | |
| | : | |
| Defendant. | | |

**STIPULATION**

The United States of America and Defendant Lev Aslan Dermen, through their attorneys, stipulate and agree to the following facts:

On June 9, 2017, the defendant filed a petition with the Superior Court of California, County of Los Angeles, to legally change his name from Levon Termendzhyan to Lev Aslan Dermen. On September 29, 2017, the Superior Court granted the defendant's petition and issued an order legally changing his name from Levon Termendzhyan to Lev Aslan Dermen.

DATED: Salt Lake City, Utah
January 29, 2020

MARK J. GERAGOS, ESQ.
LINDA MORENO, ESQ.
SETARA QASSIM, ESQ.
JON D. WILLIAMS, ESQ.
Counsel for Defendant Lev Aslan Dermen

ARTHUR J. EWENCZYK, ESQ.
LESLIE A. GOEMAAT, ESQ.
RICHARD M. ROLWING, ESQ.
JOHN E. SULLIVAN, ESQ
Counsel for the United States of America

1