JOHN W. HUBER, United States Attorney (#7226)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email:  arthur.j.ewenczyk@usdoj.gov
         leslie.a.goemaat@usdoj.gov
         richard.m.rolwing@usdoj.gov
         john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| v. | : | MOTION TO SEAL GOVERNMENT'S NOTICE REGARDING EXHIBITS FOR |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | DERYL LEON (ECF 819) |
| | : | |
| Defendant. | : | District Judge Jill N. Parrish Magistrate Judge Brooke C. Wells |
| | : | |

The United States of America moves this Court for an order sealing its February 16, 2020 Notice Regarding Exhibits for Deryl Leon, ECF 819. DUCrimR 49-2(b). The pleading includes personal and sensitive information about uncharged persons. Placing the motion under seal is necessary to protect the privacy interests of this third party. The sensitive information described above is interwoven into the government's motion such that redaction of the government's filing is impracticable. Accordingly, the government respectfully moves the Court to docket its

1

February 16, 2020 Notice Regarding Exhibits for Deryl Leon, ECF 819, under seal.

Respectfully submitted this 16th day of February, 2020.

>/s/ Arthur J. Ewenczyk
> ARTHUR J. EWENCZYK
> LESLIE A. GOEMAAT
> RICHARD M. ROLWING
> Special Assistant United States Attorneys
> JOHN E. SULLIVAN
> Senior Litigation Counsel

Certificate of Service

I certify that on the 16th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

*/s/ Arthur J. Ewenczyk*
ARTHUR J. EWENCZYK
Special Assistant United States Attorney
