FILED
2021 JAN 5
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>　　Defendants. | ORDER GRANTING MOTION TO WITHDRAW<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

　　The court GRANTS the motion for attorney Leslie A. Goemaat to withdraw from this case. ECF No. 1163.

　　DATED January 5, 2021.

　　　　　　　　　　BY THE COURT

　　　　　　　　　　_____
　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　United States District Court Judge