FILED
2021 MAR 10 AM 10:32
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER RE FORFEITURE TRIAL |
| Plaintiff, | Case No. 2:18-cr-00365-JNP |
| v. | District Judge Jill N. Parrish |
| JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON, | |
| Defendants. | |

The jury coordinator has contacted all the jurors regarding the forfeiture phase of the trial scheduled to begin on August 2, 2021. She reports that one juror has moved out of the state and that two other jurors have prepaid vacations that conflict with this trial date, leaving nine jurors available to participate in the forfeiture trial.

The court orders counsel for the Government and for Dermen to meet and confer regarding the number of jurors available for trial. Specifically, the parties should discuss whether they wish to stipulate to a panel of nine jurors, whether the law permits the court to contact the alternate jurors to inquire as to their availability for the forfeiture trial, and whether they wish to reschedule the forfeiture phase of the jury trial.

The parties should file a joint report on the juror issue by March 19, 2021. If the parties cannot agree, they should file separate briefs by that date.

DATED March 10, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge