TRINA A. HIGGINS, United States Attorney (#7349)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
DARRIN L. McCULLOUGH, Senior Policy Advisor, Criminal Division,
    Money Laundering & Forfeiture Unit (GA #487011)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: richard.m.rolwing@usdoj.gov| john.e.sullivan@usdoj.gov|
    darrin.mccullough@usdoj.gov| cy.castle@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP |
| Plaintiff, | : | GOVERNMENT'S RESPONSE TO DEFENDANT DERMEN'S EMERGENCY REQUEST FOR TEMPORARY FURLOUGH |
| v. | : | |
| LEV ASLAN DERMEN, a/k/a Levon Termendzhyan, | : | Judge Jill N. Parrish |
| Defendant. | : | |

The United States, through its attorneys, files this response to Defendant Dermen's Emergency Request for Temporary Furlough Release From Pretrial Detention due to Father's Deteriorating Health Condition [ECF 1365]. Dermen seeks a furlough to visit his dying father in Los Angeles, and is "prepared to reimburse or advance to the U.S. Marshal's Office any and all costs associated with facilitating the furlough, including travel costs and expenses for a USM escort to and from Salt Lake City, Utah to Los Angeles." Def. Mot. at 3.

While the United States understands the difficult position Dermen faces, the United States objects to a general furlough. As for his request in the alternative for an escorted visit, the United

States would only agree if the U.S. Marshals Service is willing and prepared to provide the same escort team that transported Dermen to and from the courthouse during his trial, and Dermen reimburses the government for the expense of this escorted visit. Otherwise, the United States objects to his furlough request. Dermen is a convicted felon facing a recommended sentencing guideline range of life imprisonment. Dermen has every incentive to flee the United States. Given the millions of dollars of fraud proceeds that were sent offshore through Luxembourg and Turkey, and the fact that the United States has not been able to recover these funds, Dermen has the financial means to flee the country and never return to the United States. Absent the imposition of extraordinary security measures to ensure that Dermen does not escape from custody, the Court should deny Dermen's request.

Respectfully submitted this 14th day of June 2022.

TRINA A. HIGGINS
United States Attorney

*/s/ Richard M. Rolwing*
RICHARD M. ROLWING
Special Assistant United States Attorney
JOHN E. SULLIVAN
Senior Litigation Counsel

Certificate of Service

I certify that on the 14th day of June 2022, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, and I caused a copy to be emailed to all counsel of record.

/s/ John E. Sullivan
JOHN E. SULLIVAN
Senior Litigation Counsel