TRINA A. HIGGINS, United States Attorney (#7939)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
DARRIN L. McCULLOUGH, Senior Policy Advisor, Criminal Division,
    Money Laundering & Forfeiture Unit, (GA #487011)
CY H. CASTLE, Assistant United States Attorney (#4808)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
MARK WOOLF, Assistant Unite States Attorney (WA #39299)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: richard.m.rolwing@usdoj.gov| john.e.sullivan@usdoj.gov| darrin.mccullough@usdoj.gov| cy.castle@usdoj.gov| tyler.murray2@usdoj.gov| mark.woolf@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JACOB ORTELL KINGSTON,<br>ISAIAH ELDEN KINGSTON,<br>RACHEL ANN KINGSTON,<br>SALLY LOUISE KINGSTON, and<br>LEV ASLAN DERMEN,<br>a/k/a Levon Termendzhyan<br><br>              Defendants. | Case No. 2:18-CR-00365-JNP-BCW<br><br>MOTION TO MODIFY RESTRAINING ORDER TO ALLOW SALE OF BECK'S SANITATION SHARES<br><br>Judge Jill N. Parrish |

      The United States respectfully moves the Court for an order modifying its July 20, 2021 Restraining Order so that Jacob and Isaiah Kingston can authorize Washakie Renewable Energy LLC ("Washakie") to sell its shares of Beck's Sanitation, Inc. to Joseph Kingston.

FACTS

      1.      On July 20, 2021, the Court entered a Restraining Order that prevented Shannon Muir, Joseph Kingston, Jared Stephens and Beck's Sanitation, and all persons who had control

over Washakie's shares of Beck's Sanitation, from, among other things, selling the shares without prior approval of the Court and notice and opportunity to be heard by the United States. July 20, 2021 Post-Indictment Restraining Order under 21 U.S.C. § 853(e)(1)(A) (under seal), 5.

2. The United States has been informed that Joseph Kingston has been operating Beck's Sanitation and would like to purchase it from Washakie for an appraised price of $337,900. Washakie's principals, Jacob and Isaiah Kington, are willing to sell the shares to Joseph Kingston, and to have the proceeds from the sale be substituted and forfeited in place of the Beck Sanitation shares currently identified in the United States' motion for preliminary order of forfeiture. ECF No. 1383.

3. The United States has no objection to this transaction or to the substitution and subsequent forfeiture of the proceeds of the sale in place of the Beck's Sanitation shares.

4. Accordingly, the United States requests that the Court enter the attached order that modifies the restraining order and allows Washakie's principals, Jacob and Isaiah Kingston, to sell the shares the Beck's Sanitation to Joseph Kingston and further allows Joseph Kingston to purchase such shares. It further provides that Joseph Kingston will pay the purchase price for the shares to the U.S. Department of Treasury, and the Treasury will deposit the funds into a seized asset account pending a final order of forfeiture.

5. All other terms of the restraining order should remain in full force and effect.

6. Upon completion of any such sale, the United States will notify the Court, and ask that the restraining order be withdrawn.

        TRINA A HIGGINS
        United States Attorney

        */s/ Tyler Murray*
        RICHARD M. ROLWING
        Special Assistant United States Attorney
        JOHN E. SULLIVAN
        Senior Litigation Counsel
        DARRIN L. McCULLOUGH
        Senior Policy Advisor
        CY H. CASTLE
        TYLER MURRAY
        MARK WOOLF
        Assistant United States Attorneys