ANDREW P. MITCHELL #17867
3140 S. Main Street, STE 1
South Salt Lake City, Utah 84115
Telephone: 801-703-5255
apmitchellattorney@gmail.com
*Attorney for US Tank & Rail LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>      Defendants. | Case No. 2:18-cr-00365-JNP<br><br>PROPOSED PROCEDURES FOR THIRD-PARTY CLAIMS<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |
|---|---|
| US Tank & Rail, LLC,<br><br>      Third-Party Petitioner. | |

Comes now, US TANK & RAIL, LLC, by and through the undersigned counsel hereby requests the Court allow Petitioner 90 days to meet and confer with the Government's counsel to attempt a resolution of the Petitioner's claims. If a resolution is not achieved in 90 days, then the discovery process should begin at that time.

DATED this 14th day of June, 2023.

                /s/ Andrew P. Mitchell
                *Attorney for US Tank & Rail, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the foregoing document, was filed electronically, and served to the parties to this case via the court's electronic filing system.

DATED this 14th day of June, 2023.

/s/ Andrew P. Mitchell.
*Attorney for US Tank & Rail, LLC*