UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>Defendants. | Case No.: 2:18CR00365-JNP<br><br>**MOTION TO EXTEND DEADLINE FOR MOVANT AWAIS GAUHAR TO RESPOND TO THE UNITED STATES' MOTION TO SET ASIDE FORECLOSURE SALE**<br><br>Honorable Jill N. Parrish |

Movant Awais Gauhar, through his respective attorneys, respectfully requests that the Court extend the deadline to file a response to the United States' Motion to Set Aside Foreclosure Sale for thirty days, specifically to July 17, 2023. The request is being made because Counsel has been in discussions with AUSA Travis Elder who is providing Counsel with discovery relevant as to why Mr. Gauhar's property,

1

1  9153 Stellar Court, Corona, California, is listed in the forfeiture motion. AUSA
2  Travis Elder does not oppose the instant motion.

Respectfully submitted:

Dated: June 16, 2023

      *s/     Paul Grant*
      ATTORNEY FOR
      AWAIS GAUHAR

**Certificate of Service**

I certify that on this 16th day of June 2023, I caused a copy of the foregoing to served via the ECF system to all counsel in this matter.