IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>　　　　Defendants. | ORDER EXTENDING TIME TO FILE PETITION CONTESTING FORFEITURE<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

　　　　Petitioner Awais Gauhar filed a motion for the court to "extend the deadline to file a response to the United States' Motion to Set Aside Foreclosure Sale." ECF No. 1557. The court interprets the motion to request an extension of time to file a petition contesting the forfeiture of real property located at 9153 Stellar Court, Corona, California. The government does not oppose the requested extension. The court GRANTS the motion. Gauhar shall have until July 17, 2023 to file a petition.

　　　　DATED June 20, 2023.

　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　United States District Court Judge