THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  v.<br><br>JACOB KINGSTON et al<br><br>    Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:18cr-00365-JNP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Eugene P. Harris. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 21st day of June, 2023.

BY THE COURT:

Jill N. Parrish
U.S. District Court Judge