# Exhibit "A"

Dear Sally,

Need to get these to Baran + Caglar. Need answers back on them.

"Baran, the attorney would not let me call you last week. I wanted to talk to you very much. I have a lot of things to tell you and I have a lot of questions.

1) The trial is coming up. I need to confirm you still want me to testify against Levon. I am only going to tell the truth. Levon had me do all of this. He said he worked with FBI and told me to do what I did. Do I still testify against Levon?

2) The Gov has all my text and emails. They have seen conversations with me and you related to money and Grandpa in 2018. I know Levons attorney and others say I told Gov about you, and this is <u>not</u> true. I told them the text messages between us about money + GP is Levon, and GP is Levon + his FBI friends. I have protected you, your business, + GP as much as possible. I have NOT, will not say anything about you or your business, or GP.

3) Need some Help, after trial, as for money coming back from turkey, you need to Tell my attorneys, and the Gov that Money can not come back unless I am out of Jail. Need to have a Turkish Gov law, or Mega Board vote or bylaw saying money is only available after I am home. Is this possible?

4) Marc is talking to DC. In regards to corruption in Belize. Sally can get the department and people he is talking to. My texts that the Gov has shows Levon was paying bribes to belizean government. 4A) should I testify against Belize? 4B) Can you contact DC and the department Marc is talking to? tell them to get me out to testify against Belize. I am worried DC wont care about corruption in Belize. Need to tell them to care and get me out to testify against Belize

5) A) Are you still coming after trial?
B) Are we still going to be able to work together after this over?

looking for to seeing you. and putting this Behind us

6) A) Is there going to be any help after trial?
 ~~S~~ My sentencing could be an additional 4 months after trial.
B) Is it possible to get out immediately after trial?
7) there has been many death threats against me & my family. is there any concern?
~~Happy new year to you and your family.~~
Need to talk to Grandma & GP to make sure families and I are safe

Love you very much. I'm sorry!

8) Talk to Coco, Kvons Brother. Make sure there is no problems. tell him you told me to talk against Kevon. Coco Knows Grandma very well.
[ Coco = Micah ]
need followup

**Letters Jacob Wrote to Baran**
**Letter #1 – 3 Pages**

Dear Sally,

Need to get these to Baran + caglar.
Need answers back on them.

"Baran, the attorney would not let me call you last week. I wanted to talk to you very much. I have a lot of things to tell you and I have a lot of questions.

1) the trial is coming up. I need to confirm you still want me to testify against levon. I am only going to tell the truth. levon had me do all of this. He said he worked with FBI and told me to do what I did. Do I still testify against levon?

2) the Gov has all my text and emails. They have seen conversations with me and you related to money and Grandpa in 2018. I know levons attorney and others say I told Gov about you. and this is <u>not</u> true. I told them the text messages between us about money + GP is levon, and GP is levon + his FBI friends. I have protected you, your business, + GP as much as possible. I Have <u>NOT</u>, will not say anything about you or your business, or GP.

3) Need some Help, after trial. as for money coming back from turkey, you need to tell my attorneys, and the Gov that Money can not come back unless I am out of jail. Need to have a Turkish Gov law, or Mega Board vote or bylaw saying money is only available after I am home. Is this possible?

4) Marc is talking to DC in regards to corruption in Belize. Sally can get the department and people he is talking to. My texts that the Gov has shows levon was paying bribes to belizean government. 4A) should I testify against Belize? 4B) Can you contact DC and the department Marc is talking to? tell them to get me out to testify against Belize. I am warned DC wont care about corruption in Belize. Need to tell them to care and get me out to testify against Belize.

5) A) Are you still coming after trial?
B) Are we still going to be able to work together after this over?

Looking for (sp?) to seeing you. and putting this
Behind us.

6) A) Is there going to be any help after trial?
    My sentencing could be an additional 4 months after trial.
B) Is it possible to get out immediately after trial?
7) there has been many death threats against me + my family. Is there any concern?
~~Happy new year to you and your family.~~
Need to talk to Grandma +
GP to make sure families and I are safe.
Love you very much. Im sorry!

8) Talk to Coco, levons Brother. Make sure there is no problems. Tell him you told me to talk against levon. Coco knows Grandma very well.
[Coco = Micah]
Need followup.