# Exhibit "B"

Sally,

thanks for all your help. Need some questions asked to the Turkish attorney. Make sure its only B + Çağlar. The questions in Turkish need to be said in turkish, DO NOT translate.

1) Evet, Ben Türkçe Biraz daha Konuşuyorum. Çok zor bir dil. İstanbul'da Türkçe öğrenmek istiyorum. yakın. Türkiye'da getmek istiyorum

2) Thank you for your help. I know what I must DO. I will protect you + GP you are always my brother + love you very much I will talk to you soon

3) my family is afraid, + worried. So am I

4) Belki Para hareket etmiyorusun, ailiam için Belki yirma veya elli.
ABD |Duvekt'ile saklamak| istiyorum

5) Also, Matt said there have been people trying to buy Plant from IRS but they won't buy equipment without land. But land is not Part of IRS forfeiture. Have Baron use a European company or NYC company make ofer + Deal with IRS and buy Plant only. No land.

6) ~~Ben çok altın var. Belki elli mil yıl. Fakat,~~ iki veya üç yıl Bekliyorum

7) Is GP still willing to work with me after? Is GP able to help with sentence

8) Is GP still going to talk to GOV

**Letter #2 – 2 pages**

Sally,
thanks for all your help. Need some questions asked to the Turkish attorney. Make sure its only B + caglar. The questions in Turkish need to be said in Turkish. DO Not translate.

1) Evet, Ben Turkce Biraz daha Kunusunurum. Cok zor bir dil. Istanbul'da Turkce ogrenmek istiyorum. yakin.
Turkiye'da getmek istiyorum.
2) Thank you for your help. I know what I must do. I will protect you + GP
you are always my brother + love you very much
I will talk to you soon
3) my family is afraid, + worried. So am I
4) Belki Para hareket etmiyorusun, ailiam icin Belki yirma veya elli.
ABD Duveletile saklamak istiyorum

5) Also, Matt said there have been people trying to buy Plant from IRS but they wont buy equipment without land. But land is not Part of IRS forfeiture. Have Baron use a European company or NYC company make ofer (sp?) + deal with IRS and buy Plant only, No land.

6) ~~Ben cok altin var. Belki elli mil yil. Fakat, Iki veya uc yil Bekhyorum~~

7) is GP still willing to work with me after? Is GP able to help with sentence
8) is GP still going to talk to Gov