# Exhibit “C”

Ten Page letter



Sally,

thanks for your help on everything. this next phase is going to be very hard for me and us. the thought of it almost makes me not want to come home. We need to handle it very careful. We are going to need a lot of help. I have a plan to navigate forfeiture to minimize damage. you need to read and ask questions to B exactly. and get answers. Start getting me $10K from becks give it to Joseph, call it my Bday present. for cash when I come home. I'll need it

"Thank you for all your help. I can't believe levon did this. I can't believe I let him do this to me and my family. I still trust you with my life. I consider you my friend, + Brother. and I love you very much. I hope your health and family and business are doing well. I am very anxious and scared for the trial and what will happen afterward. Unfortunately, I desperately need your help now. When we last talk in your office you asked me if "I trust you", I told you "I trust you with my life." I told you I was worried about levon and what he was doing

you told me "he was harmless." I hope this will have a positive ending and we can come together soon.

I have come up with a plan to end this but I will desperately need your help and GP help. Please try to understand each part and consult GP + DC for recommendations. The prosecutors based in Utah, (Cy castle etc) have a deep hatred for my uncle and his family. He will do every thing to destroy us. Marc is very good but we will need additional help from DC. Marc Does not understand GP or your position.

Describe Plan A to B

1) best case scenario is to be released immediately after trial. I have worked with several people that is currently smuggling fuel in/out of ~~a~~ country or currently stealing millions of gallons of fuel. I do not want to help gov. Prosecute them ~~them to anything~~, but I will do what is needed to come home. But I will not testify against my uncle. Is it possible to be released immediately after trial? If need, I can testify against others to be released

2) Forfeiture. Forfeiture is very critical. if the government takes action against my family and their assets and homes me + my family will be destroyed for many generations. I can assist in forfeiture but I must be home.

2A) How much money can realistically come back from turkey?

2B) When?

2C) We need to negotiate a discount and work directly with DC. the Utah prosecutors will not be satisfied until family is destroyed. Is it possible to work directly with DC?

2D) Can there be a discount from $511m?
30-50% is legit fuel.

I have access to several tons of Gold. But [up to ~~$[illegible]~~m $200-300 million] it will take 8-~~[illegible]~~ 36 months to process. I am willing to pay for settlement, to pay GP and his team to come home and Terminate my case.

2E) Is ~~this~~ it possible to settle and use Gold to settle?

2F) How much does GP need? and his team

I want to setup a transaction whereas I Pay you, an unknown company from Europe. this company would buy a [or open office in] NYC company. the NYC company would buy my plant and all assets.

3) is this possible? All this assumes I am home and have your Blessing.

settlement option

$ NYC ← $ Europe co - show pic

USA Gov ← NYC - describe flow

10K → Gold

settle

It will be critical I am able to Keep my facility

-It wont be good to settle directly with Gov with gold. It will cause more questions, problems. And Won't be able to until Im home

4) agreed? | - It will 98-99% pure Dory Bars after processing.

5) Turkey assets. Need to structure money in turkey and explain to your attorneys, my attorneys and the government that the only Possible way ANY money can be brought back to the US is if (a) I am home and (b) YOU and your family have immunity from any Prosecution. Is there a scenario you can come up with and get it to my attorney describing the reasons I must be home for money to be returned?

I told government I was involved in a proposed sale of Bioforma to a Japanesse company, before the coup attempt in 2016. [margin: for $300m] Maybe you can explain I must be out to negotiate sale of assetts. And there is almost 0% chance of recovering any money without my direct physical involvement. I/my attorneys needs to give a detailed scenario as to what I would/could do to get money back from Turkey. Come up with a scenario asap to propose. I need this before/during trial so I can get more to start discussions w DC in release after trial

6) levon. Is levons family doing ok?
I think Anne has a baby. I think the People he was working with ~~[illegible]~~, Grandma, did not do their Job. I don't Know why he did this. Someone mislead him.

6A) Is there any hope for levon after trial?

~~For sally only~~ I am worried about our safety from his family

~~need to setup un~~ need you to understand structure so you can explain it. Government see's Mega Investments owned by me in Turkey

JOK
Mega
Co Co
NYC

- need to setup another company owned by me or Mega that gov does not see. this Company needs to be owned by me but based in US (Maybe NYC or TX, up to Baran). Have this Company begin to make offers on Plant, Becks, etc. ~~This is~~ they will Pay WRE or me directly. These funds will be placed in Escrow for settlement. Need to devalue as much as possible to clear companies and assets from forfeiture. No one in the family can Know. Ultimately, they will buy entire settlement

* For Baran *

Need to setup another company. maybe based in Europe owned by Mega. Gov cannot know about this company. this company needs to buy or open office in USA (maybe NYC, TX, on your recomendation). This company needs to make offers on my assets, plant, etc. Any money that comes back from Turkey needs to come through this company first. this will clear my assets, plant, ~~and car~~ sally's car, daughters house, etc from forfeiture, and protect them. Rest of family + Gov will NOT know about this company or who owns it. Assets will be devalued so price will be cheap. Sally will make list ~~of~~ and priority of assets and price.
Gov will recieve funds as part of settlement.

7A) Is this possible? Again, after I am out I can assist by using Gold to fund Asset purchases. But will need some time to process. I hc

7B) initially need to use funds from turkey until I can process Gold. Is this possible?

7C) Ultimately, this company can settle entire debt at a discount?

8a) Is it possible to meet with Trump to recieve a pardon? Being a felon restricts me and my family in a lot of ways for the rest of my life

8B) How much money does it cost for a full pardon?

9a) I can pay GP & his team any amount to come home, immediatly after trial. My family will not survive much longer. Is this possible?

10) awhile ago there was discussions of
a) options after trial. What are they? Need to Know what the options are. What
b) Direction are we going?

Many cases allow to come home before
c) sentencing. - Can I work for GP?
d) - Can I work for Gov?
e) - " " " " you?

- Need to be discreet and sealed.
- Need to explain Kat Patterson case, (5yr Probation)
- I am more qualified, because I can recover

11) What are the prosecutors planning on recommending to Judge ? for sentencing, working, etc? Are they happy with me? Do they intend to put me in prison for a long time?

12) IS Baran or GP going to intervene after trial?

* for Sally *

need to change how we talk about GP, ~~[illegible] to~~ ~~Baran~~. [Use Hyrum as GP]

*For Baran*

Marc is a good attorney but is not experienced in dealing w GP and others. He does not know about gold. He does not know about you or GP. He needs to coordinate w someone in DC that is able to help. Please advise I dont think marc takes you serious and may not trust you 100%. I Trust you 100%.

~~- CIPA~~
~~- 5K 50% → 10%~~
~~- threats~~
-

Plan A

- sealed for protection, confidential
- Released immediately after trial
- Work on money recovery. Much more effective if Im out. 3-4 yrs to recovery. Work with torkey on recovery.
- ~~The~~ Technically forfeiture can't happen until after sentence.
- Work with Gov on prosecution of others. $100m's dollars. Nector, trafigora, Argendigea, port of Bronsville, interlube, Tim
- Sentence several years later
- Sentence similar to Kat Paterson
- Need to pull Kat Paterson case and give to Baron.
- Need to explain I am more qualified to get probation than her. She did not recover anything. She got 3yr Probation. 2) I can recover

**Letter #3 – 10 Pages**

Sally,
Thanks for your help on everything. this next phase is going to be very hard for me and us. the thought of it almost makes me not want to come home. we need to handle it very careful. We are going to need a lot of help. I have a plan to navigate forfeiture to minimize damage. you need to read and ask questions to B exactly. and get answers. Start getting me $10k cash from becks give it to Joseph, call it my Bday present, for when I come home. I'll need it

"Thank you for all your help. I can't believe levon did this. I can't believe I let him do this to me and my family. I still trust you with my life. I consider you my friend, + Brother. and I love you very much. I hope your health and family and business are doing well. I am very anxious and scared for the trial and what will happen afterward. Unfortunately, I desperately need your help now. When we last talk in your office you asked me if "I trust you," I told you "I trust you with my life." I told you I was worried about levon and what he was doing you told me "he was harmless." I hope this will have a positive ending and we can come together soon.
I have come up with a plan to end this but I will desperately need your help and GP help. Please try to understand each part and consult GP + DC for recommendations. the prosecutors based in Utah (Cy castle etc) have a deep hatred for my uncle and his family. He will do everything to destroy us. Marc is very good but we will need additional help from DC. Marc does not understand GP or your position.
1) best case scenario is to be released immediately after trial. (describe plan A to B). I have worked with several people that is currently smuggling fuel in/out of country or currently stealing millions of gallons of fuel. I do not want to help ~~them w anything~~ gov prosecute them, but I will do what is needed to come home. But I will not testify against my uncle. Is it possible to be released immediately after trial? If need, I can testify against others to be released
2) Forfeiture. Forfeiture is very critical. If the government takes action against my family and their assets and homes me + my family will be destroyed for many generations. I can assist in forfeiture but I must be home.

2A) How much money can realistically come back from turkey?
2B) when?
2C) we need to negotiate a discount and work directly with DC. the Utah prosecutors will not be satisfied until family is destroyed. Is it possible to work directly with DC?
2D) can there be a discount from $511m? 30-50% is legit fuel.

I have access to several tons of gold up to $200-300 million. But it will take 8-36 months to process. I am willing to pay for settlement, to pay GP and his team to come home and terminate my case.

2E) Is ~~this~~ it possible to settle and use gold to settle?
2F) How much does GP need? And his team

I want to set up a transaction whereas I pay you, an unknown company from Europe. this company would buy or open office in a NYC company. the NYC company would buy my plant and all assets.
3) is this possible? All this assumes I am home and have your Blessing.




It will be critical I am able to Keep my facility
- It wont be good to settle directly with Gov with gold. It will cause more questions, problems. And won't be able to until im home
4) agreed? – it will 98-99% pure Dory Bars after processing.
5) Turkey assets. Need to structure money in turkey and explain to your attorneys, my attorneys and the government that the only Possible way ANY money can be brought back to the US is if (a) I am home and (b) YOU and your family have immunity from any Prosecution. Is there a scenario you can come up with and get it to my attorney describing the reasons I must be home for money to be returned? I told government I was involved in a proposed sale of Biofarma to a Japanese company for $300m before the coup attempt in 2016. Maybe you can explain I must be out to negotiate sale of assett's (sp?). And there is almost 0% chance of recovering any money without my direct physical involvement. I/my attorneys needs to give a detailed scenario as to what I would/could do to get money back from Turkey. Come up with a scenario asap to propose. I need this before/during trial so I can get Marc to start discussions w DC in release after trial.
6) levon. Is levons family doing ok? I think Anne has a baby. I think the people he was working with, Grandma, did not do their Job. I don't know why he did this. Someone mislead him.
6A) Is there any hope for levon after trial?
[For sally only | am worried about our safety from his family]
~~Need to set up un~~ need you to understand structure so you can explain it. Government see's Mega investments owned by me in Turkey.




- need to setup another company owned by me or Mega that gov does not see. this company needs to be owned by me but based in US (Maybe NYC or TX, up to Baran).

Have this company begin to make offers on plant, Becks, etc. ~~This is~~ they will pay WRE or me directly. These funds will be placed in Escrow for settlement. Need to devalue as much as

possible to clear companies and assets from forfeiture. No one in the family can know. Ultimately, they will buy entire settlement.

*For Baran*

Need to setup another company. maybe based in Europe owned by Mega. Gov cannot know about this company. this company needs to buy or open office in USA (maybe NYC, TX, on your recommendation). This company needs to make offers on my assets, plant, etc. Any money that comes back from Turkey needs to come through this company first. This will clear my assets, plant, ~~and car~~ sally's car, daughters house, etc from forfeiture, and protect them. Rest of family + Gov will NOT know about this company or who owns it. Assets will be devalued so price will be cheap. Sally will make list ~~of~~ and priority of assets and price. Gov will receive funds as part of settlement.

7) A) Is this possible? Again, after I am out I can assist by using Gold to fund Asset purchases. But will need some time to process. I hc (sp?)

7B) initially need to use funds from turkey until I can process Gold. Is this possible?

7C) Ultimately, this company can settle entire debt at a discount?

8a) Is it possible to meet with Trump to receive a pardon? Being a felon restricts me and my family in a lot of ways for the rest of my life.

8b) How much money does it cost for a full pardon?

9a) I can pay GP + his team any amount to come home. Immediately after trial. My family will not survive much longer. Is this possible?

10) a while ago there was discussions of

a) options after trial. What are they? Need to know what the options are? What

b) direction are we going?

Many cases allow to come home before

c) sentencing. – can I work for GP?

d) – can I work for Gov?

e) – " " " " you?

- Need to be discreet and sealed.
- Need to explain Kat Patterson case, (3yr probation)
  - I am more qualified, because I can recover

11) What are the prosecutors planning on recommending to Judge for sentencing, working, etc? Are they happy with me? Do they intend to put me in prison for a long time?

12) Is Baran or GP going to intervene after trial?

*for Sally*

Need to change how we talk about GP, ~~even to Baran~~. [Use Hyrum as GP]

*for Baran*

Marc is a good attorney but is not experienced in dealing w GP and others. He does not know about gold. He does not know about you or GP. He needs to coordinate w someone in DC that is able to help. Please advise I dont think marc takes you serious and may not trust you 100%. I trust you 100%.

~~– Cipu~~

~~– 5k 50% → 10%~~

- ~~Threats~~
-

Plan A

- Sealed for protection, confidential
- Released immediately after trial
- Work on money recovery. Much more effective if im out. 3-4 years to recovery. Work with turkey on recovery.
- Technically forfeiture can't happen until after sentence.
- Work with Gov on prosecution of others. $100ms dollars. Nector, trafigora, Argendigea, part of Bronsville, interlube, Tim
- Sentence several years later
- <u>Sentence similar to Kat Patterson</u>
- *Need to pull Kat Patterson case and give to Baran
- *Need to explain I am more qualified to get probation than her. She did not recover anything
- *She got 3 years probation → I can recover