# Exhibit "E"



Setara Qassim <​█​>

# USA v. Dermen - Discovery Request

**Ewenczyk, Arthur J. (TAX)** <​█​>   Wed, Oct 28, 2020 at 7:12 AM
To: Setara Qassim <​█​>, "Elggren, Adam (USAUT)" <​█​>, "Goemaat, Leslie A. (TAX)" <​█​>, "Sullivan, John E. (TAX)" <​█​>, "McCullough, Darrin (CRM)" <​█​>, "Rolwing, Richard M. (TAX)" <​█​>
Cc: Mark Geragos <​█​>, Jon Williams <​█​>

Dear Ms. Qassim:

I have received your email and am working on getting you a response as to the various items you raise. I hope to have it to you shortly.

With best regards,

Arthur


**Arthur J. Ewenczyk**

Trial Attorney

United States Department of Justice

Tax Division, Criminal Enforcement Section

Western Region

(202) 616-2367 (o)

(202) 598-7422 (c)




**From:** Setara Qassim <​█​>
**Sent:** Tuesday, October 27, 2020 4:48 PM
**To:** Elggren, Adam (USAUT) <​█​>; Goemaat, Leslie A. (TAX) <​█​>; Sullivan, John E. (TAX) <​█​>; McCullough, Darrin (CRM) <​█​>; Ewenczyk, Arthur J. (TAX) <​█​>; Rolwing, Richard M. (TAX) <​█​>
**Cc:** Mark Geragos <​█​>; Jon Williams <​█​>
**Subject:** Re: USA v. Dermen - Discovery Request


Counsel,
I am following up on my email from October 12 below requesting discovery regarding the prosecution team's communications with R. Todd Neilson, the trustee in the Regdalin bankruptcy matter. We are also requesting the items listed below. We would appreciate a prompt response as to whether the government intends to produce the requested items if they exist so that we can otherwise seek an order from the Court.


1. Written communications between Jacob Kingston and third-parties, co-defendants, and witnesses who have already testified, are or were on the witness list or potential witnesses, including but not limited to Jacob

Kingston's signed letter to Caglar Sendil dated June 2, 2020.

2. Any and all outstanding newly generated documents notes of interviews and memorandum of interviews of Jacob Kingston and all others referenced in item no. 1.

3. All Jacob Kingston jail call recordings and visitor logs not already produced.

4. Any and all outstanding notes of interviews, memorandum of interviews, and written communications (text or email) between the prosecution team and Sally Kingston, Rachel Kington, Isaish Kingston or their representatives.

5. Any and all outstanding notes of interviews, memorandum of interviews, and written communications (text or email) between the prosecution team and Caglar Sendil or any Turkish counterparts.

6. Any and all outstanding notes of interviews, memorandum of interviews, and written communications (text or email) between the prosecution team and Brendan Morrissey and/or representatives of MobStar.

7. Any and all outstanding notes of interviews, memorandum of interviews, and written communications (text or email) between the prosecution team and Edgar Sargsyan and/or his counsel, Marc Nuric.

[Quoted text hidden]