IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>　　　　Defendants. | ORDER TO PLACE FUNDS IN REGISTRY ACCOUNT<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

　　　　The court ORDERS that funds received from the U.S. Attorney's Office, earmarked as pre-sentence restitution, check dated February 9, 2021, in the amount of $32,732.63 be transferred from the restitution account to the Court registry account associated with this case, until this matter is further adjudicated.

　　　　DATED January 26, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge